# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **United States of America,** *Plaintiff* | § § § | |
| v. | § § | Case No. 1:22-cr-253-LY-1 |
| **Cody Lee Spencer (1),** *Defendant* | § § | |

## O R D E R

Now before the Court is Defendant Cody Lee Spencer's Motion to Substitute Counsel, filed January 9, 2023 (Dkt. 47). The District Court referred the Motion to this Magistrate Judge for disposition. Dkt. 49.

Defendant asks to substitute Mark Hull for Richard Cofer, who was appointed by the Court to represent Defendant. Dkt. 10.

Having considered the motion, the undersigned finds that there is good cause to permit the substitution of counsel, and that Defendant has received notice.

**IT IS THEREFORE ORDERED** that Defendant Cody Lee Spencer's Motion to Substitute Counsel (Dkt. 47) is **GRANTED**. Richard Cofer is hereby **WITHDRAWN** and Mark Hull #24042542 is **SUBSTITUTED** as Defendant's counsel of record.

**SIGNED** on January 17, 2023.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE